UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SELETHEA DORSEY,
Plaintiff

v.  C.A. No. 09-354 S

SUNTRUST (SUN BANK),
Defendant

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on August 25, 2009, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed, Plaintiff's Motion to Proceed without Prepayment of Fees is GRANTED, however, pursuant to 28 U.S.C. §§1915(e)(2)(B)(i),(ii), and (iii), the case is hereby DISMISSED because it is frivolous, fails to state a claim on which relief may be granted, and/or seeks monetary relief against a defendant who is immune from such relief.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 9/15/09